IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PRENTIS YOUNG, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-158 (MTT) |
| DONALD UNDERWOOD, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of Magistrate Judge Stephen Hyles. (Doc. 10). Pursuant to a preliminary screening under 28 U.S.C. § 1915A(a), the Magistrate Judge recommends dismissing the Plaintiff's claims against Defendants Donald Underwood and Ricky Myrick for failure to state a claim upon which relief may be granted. Specifically, the Magistrate Judge found the Plaintiff named these Defendants because of their supervisory positions but failed to allege they personally participated in or had a causal connection to the incidents in the Complaint. The Plaintiff has filed an objection to the Recommendation. (Doc. 13).[1]

The Court has thoroughly considered the Plaintiff's objections and has made a de novo review of the portions of the Recommendation to which the Plaintiff objects. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court.

---

[1] In his objection, the Plaintiff only contests the Magistrate Judge's recommendation that the claim against Defendant Underwood be dismissed and does not dispute the dismissal of the claim against Defendant Myrick.

Therefore, the Plaintiff's claims against Defendants Underwood and Myrick are **DISMISSED without prejudice**.

**SO ORDERED**, this the 12th day of September, 2013.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT