IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **PRENTIS YOUNG,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-158 (MTT) |
| **OFFICER CASTILLO,** | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles. (Doc. 20). The Magistrate Judge recommends dismissing the Plaintiff's complaint pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with the Court's orders. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's complaint is **DISMISSED without prejudice**.

**SO ORDERED**, this 19th day of December, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT